IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHARON L. RAMOS,<br><br>                 Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                 Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:11-cv-1030<br><br>Judge Clark Waddoups |

      This case was assigned to Magistrate Judge Paul M. Warner on a 28 U.S.C. § 636(b)(1)(B) referral. Before the court is Judge Warner's Report and Recommendation affirming the Commissioner's decision in this case. [Dkt. No 23.] Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure 72(b)(2), the parties were entitled to file any objection to the Report and Recommendation within fourteen (14) days after receipt thereof. No objections were filed. Accordingly, the court adopts the Report and Recommendation and affirms the Commissioner's decision.

      SO ORDERED this 20th day of May, 2013.

                                          BY THE COURT:

                                          Clark Waddoups<br>
                                          United States District Judge